UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Ryan Middleton & Kristen Middleton,    )
                                                           )    Case No. 24-32525
               Debtors.    )    Chapter 7
                                                           )

## **NOTICE OF MOTION**

Christopher M. Winslow, Esq. has filed papers with the Court seeking authority to withdraw from representation.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before January 21, 2025, you or your attorney must file a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H) with the Court at the following address:  Clerk of Court, United States Bankruptcy Court, 701 East Broad Street, Suite 4000 Richmond, VA 23219-1888. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must **also** mail a copy to the persons listed below.

        Christopher M. Winslow, Esq.
        Winslow, McCurry & MacCormac PLLC
        1324 Sycamore Square
        Midlothian, VA 23113
        Counsel for Debtors

[x]    Attend a hearing on the motion scheduled to be on January 29, 2025 at 12:00pm at the United States Bankruptcy Court, 701 East Broad Street Courtroom 5000 Richmond, VA 23219.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Ryan Middleton & Kristen Middleton,   )
                                              )   Case No. 24-32525
                    Debtors.                  )   Chapter 7
                                              )

## MOTION TO WITHDRAW

COMES NOW, Christopher M. Winslow, Esq., counsel for the Debtors, and moves this Court for leave to withdraw as counsel for the Debtors, in accordance with Virginia Rule of Professional Conduct 1.16 and, in support of this Motion, states as follows:

1. Counsel has represented the Debtors in the above styled case, so filing it on July 8, 2024.

2. Counsel has made diligent effort to represent the debtor in all matters; however, during the course of the representation, various issues have arisen between counsel and the debtor that cannot be resolved.

3. Counsel has made diligent effort to resolve these matters, but the Debtors have been unwilling to cooperate and the attorney-client relationship has eroded and has been made extremely difficult.

4. Counsel desires to terminate representation pursuant to Rule 1.16(a) and (b).

5. Withdrawal can be accomplished at this time without material prejudice to the Debtors.

WHEREFORE, Christopher M. Winslow, Esq., prays that he be permitted to withdraw as counsel of record for the Debtors.

DATED: December 20, 2024            Respectfully submitted,

                                    /s/ Christopher M. Winslow, Esq.
                                    Christopher M. Winslow, Esq. (VSB #76156)

2

>WINSLOW, MCCURRY & MACCORMAC PLLC
>1324 Sycamore Square
>Midlothian, VA 23113
>Phone: (804) 423-1382
>Facsimile: (804) 423-1383
>chris@wmmlegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Hearing on Motion to Withdraw and copy of the previously filed Motion to Withdraw was electronically serviced and/or mailed first class, postage prepaid to Debtor, the U.S. Trustee, the appointed Trustee, and all interested parties attached on this January 6, 2025.

>/s/ Christopher M. Winslow, Esq.
>Christopher M. Winslow, Esq. (VSB #76156)
>WINSLOW, MCCURRY& MACCORMAC,PLLC
>1324 Sycamore Square
>Midlothian, VA 23113
>Phone: (804) 423-1382
>Facsimile: (804) 423-1383
>chris@wmmlegal.com

3

## SERVICE LIST

**Affirm, Inc.**  
Attn: Bankruptcy  (16462080)
650 California St, Fl 12  (cr)
San Francisco, CA 94108-0000

**Affirm, Inc.**  (16462081)
650 California St Fl 12  (cr)
San Francisco, CA 94108-0000

**Aldous and Associates, PLLC**  (16462083)
4625 South 2300  (cr)
Holladay, UT 84117-0000

**Aldous and Associates, PLLC**  
Attn: Bankruptcy  (16462082)
Po Box 171374  (cr)
Holladay, UT 84117-0000

**Ally Bank**  
AIS Portfolio Services, LLC  (16464465)
4515 N Santa Fe Ave. Dept. APS  (cr)
Oklahoma City, OK 73118

**Ally Bank c/o AIS Portfolio Services, LLC**  (16497813)
4515 N. Santa Fe Ave. Dept. APS  (cr)
Oklahoma City, OK 73118

**Ally Financial, Inc**  (16462085)
P.o. Box 380901  (cr)
Bloomington, MN 55438-0000

**Ally Financial, Inc**  
Attn: Bankruptcy  (16462084)
500 Woodard Ave  (cr)
Detroit, MI 48226-0000

**Amelia County Treasurer**  
Attention: Bankruptcy Dept.  (16462086)
PO Box 730  (cr)
Amelia Court House, VA 23002-0000

**AmeriCredit Financial Services, Inc.**  (16498272)
dba GM Financial  (cr)

4

P O Box 183853
Arlington, TX 76096

**AmeriCredit Financial Services, Inc. dba GM Financ**  (16468883)
P O Box 183853  (cr)
Arlington, TX 76096

**Ashley Funding Services, LLC**  (16518350)
Resurgent Capital Services  (cr)
PO Box 10587
Greenville, SC 29603-0587

**Atlantic Union Bank**  (16462088)
Po Box 5568  (cr)
Glen Allen, VA 23058-0000

**Atlantic Union Bank**  (16462087)
Attn: Bankruptcy  (cr)
Po Box 940
Ruther Glen, VA 22546-0000

**Atlantic Union Bank**  (16468509)
PO Box 176  (cr)
Blacksburg, VA 24063

**Bethany Dawn Barnes**  (16470527)
11406 Park Branch Lane  (cr)
Chesterfield VA 23838

**Bethany Dawn Barnes**  (16462089)
11406 Park Branch Lane  (cr)
VA 23835-0000

**Bluevine Inc.**  (16519863)
C/O Weinstein & Riley, P.S.  (cr)
749 GATEWAY, SUITE G-601
ABILENE, TX 79602

**Capital Granite**  (16462090)
c/o Paul Mack Attorney  (cr)
10620 Trade Road
Richmond, VA 23236-0000

**Capital One**  (16462092)
Po Box 31293  (cr)
Salt Lake City, UT 84131-0000

5

**Capital One**
Attn: Bankruptcy　　　　　　　　　　　　　　　　(16462091)
Po Box 30285　　　　　　　　　　　　　　　　　　(cr)
Salt Lake City, UT 84130-0000

**Capital One, N.A.**
by AIS InfoSource LP as agent　　　　　　　　　　(16469136)
4515 N Santa Fe Ave　　　　　　　　　　　　　　(cr)
Oklahoma City, OK 73118

**Certegy Check Services, Inc.**
11601 Roosevelt Blvd.　　　　　　　　　　　　　(16462072)
Saint Petersburg, FL 33716-0000　　　　　　　　(cr)

**Chesterfield Building Inspect**
Po Box 40　　　　　　　　　　　　　　　　　　　(16462093)
Chesterfield, VA 23832-0000　　　　　　　　　　(cr)

**ChexSystems**
Attn: Consumer Relations　　　　　　　　　　　(16462073)
7805 Hudson Rd., Suite 100　　　　　　　　　　(cr)
Saint Paul, MN 55125-0000

**Chris & Carlie Melton**
3567 Maidens Road　　　　　　　　　　　　　　(16462094)
Powhatan, VA 23139-0000　　　　　　　　　　　(cr)

**Chris and Carlie Melton**
3567 Maidens Rd　　　　　　　　　　　　　　　(16504048)
Powhatan, VA 23139　　　　　　　　　　　　　(cr)

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy　　　　(16462095)
Po Box 790040　　　　　　　　　　　　　　　　(cr)
St Louis, MO 63179-0000

**Citibank/The Home Depot**
Po Box 6497　　　　　　　　　　　　　　　　　(16462096)
Sioux Falls, SD 57117-0000　　　　　　　　　　(cr)

**Citicorp/Trac**
Po Box 6497　　　　　　　　　　　　　　　　　(16462098)
Sioux Falls, SD 57117-0000　　　　　　　　　　(cr)

**Citicorp/Trac**
Citicorp Cr Srvs/Centralized Bankruptcy　　　　(16462097)
Po Box 790040　　　　　　　　　　　　　　　　(cr)
St Louis, MO 63179-0000

**Commonwealth of Virginia Department of Taxation**
Department of Taxation                                              (16465755)
PO BOX 2156                                                         (cr)
Richmond, VA 23218

**Credit Collection Services**
Attn: Bankruptcy                                                    (16462099)
725 Canton St                                                       (cr)
Norwood, MA 02062-0000

**Credit Collection Services**
Po Box 607                                                          (16462100)
Norwood, MA 02062-0000                                              (cr)

**Credit International C**
Po Box 1268                                                         (16462101)
Bothell, WA 98041-0000                                              (cr)

**Darlene Middleton**
1900 Pine Creek Bluffs Court                                        (16462102)
Powhatan, VA 23139-0000                                             (cr)

**Equifax Information Services**
PO Box 740241                                                       (16462075)
Atlanta, GA 30374-0000                                              (cr)

**Experian**
Dispute Department                                                  (16462074)
P.O. Box 4500                                                       (cr)
Allen, TX 75013-0000

**Gm Financial**
Attn: Bankruptcy                                                    (16462103)
Po Box 183853                                                       (cr)
Arlington, TX 76096-0000

**Gm Financial**
200 Bailey Ave                                                      (16462104)
Fort Worth, TX 76107-0000                                           (cr)

**Harley Davidson Financial**
Attn: Bankruptcy                                                    (16462105)
Po Box 22048                                                        (cr)
Carson City, NV 89721-0000

**Harley Davidson Financial**
3850 Arrowhead Drive                                                (16462106)
Carson City, NV 89706-0000                                          (cr)

**Harley-Davidson Credit Corp**  
PO Box 9013  
Addison, Texas 75001

(16510715)  
(cr)

**Internal Revenue Service**  
P.O. Box 7346  
Philadelphia, PA 19101-0000

(16462078)  
(cr)

**IRS**  
PO Box 7317  
Philadelphia, PA 19101-0000

(16462107)  
(cr)

**Jarad Piniarski**  
1912 Porters Mill Lane  
Midlothian, VA 23114

(16471710)  
(cr)

**John & Cherri Jones**  
C/O Jack Wilson III PLC  
9401 Courthouse rd #204  
Chesterfield, VA 23832-0000

(16462108)  
(cr)

**Kohl's**  
Attn: Credit Administrator  
Po Box 3043  
Milwaukee, WI 53201-0000

(16462109)  
(cr)

**Kohl's**  
Po Box 3115  
Milwaukee, WI 53201-0000

(16462110)  
(cr)

**Lendmark Financial Ser**  
2118 Usher St.  
Covington, GA 30014-0000

(16462111)  
(cr)

**LVNV Funding, LLC**  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587

(16476099)  
(cr)

**MERRICK BANK**  
Resurgent Capital Services  
PO Box 10368  
Greenville, SC 29603-0368

(16479371)  
(cr)

**Merrick Bank Corp**  
Po Box 9201  
Old Bethpage, NY 11804-0000

(16462112)  
(cr)

| | |
|---|---|
| **Michael & Gayle Kelly**<br>3949 S Fairway Dr<br>Powhatan, VA 23139-0000 | (16462113)<br>(cr) |
| **Miriam and Ryan Hoebelheinrich**<br>8810 Merseyside Lane<br>Chesterfield, VA 23832 | (16518093)<br>(cr) |
| **MOHELA**<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-0000 | (16462115)<br>(cr) |
| **MOHELA**<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfiled, MO 63005-0000 | (16462114)<br>(cr) |
| **PennyMac Loan Services, LLC**<br>PO Box 2410<br>Moorpark CA 93020 | (16498069)<br>(cr) |
| **PennyMac Loan Services, LLC**<br>Attn: Correspondence Unit<br>Po Box 514387<br>Los Angeles, CA 90051-0000 | (16462116)<br>(cr) |
| **PennyMac Loan Services, LLC**<br>Po Box 514387<br>Los Angeles, CA 90051-0000 | (16462117)<br>(cr) |
| **Piniarski Jarad**<br>1912 Porters Mill Lane<br>Midlothian, VA 23114-0000 | (16462118)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502-0000 | (16462119)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>POB 41067<br>Norfolk VA 23541 | (16489378)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>120 Corporate Boulevard<br>Norfolk, VA 23502-0000 | (16462120)<br>(cr) |

**Powhatan Treasurers Office**  
Po box 87  
Powhatan, VA 23139-0000  
(16462121)  
(cr)

**Quantum3 Group LLC as agent for**  
CF Medical LLC  
PO Box 788  
Kirkland, WA 98083-0788  
(16478936)  
(cr)

**Quantum3 Group LLC as agent for**  
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15  
PO Box 788  
Kirkland, WA 98083-0788  
(16478934)  
(cr)

**Rapid Finance**  
C/O LCS Financial Services Corporation  
6782 S. Potomac St #100  
Centennial, CO 80112  
(16520283)  
(cr)

**Roadrunner Account Services**  
5525 N. Macarthur Blvd  
Irving, TX 75038-0000  
(16462123)  
(cr)

**Ryan and Kristen Middleton**  
13321 Coverly Rd  
Amelia Courthouse, VA 23002  
(16462122)  
(cr)

**Roadrunner Financial, Inc.**  
P.O. Box 6506  
Carol Stream, IL 60197  
(16513402)  
(cr)

**Ryan & Miriam Hoebelheinrich**  
c/o Jack Wilson, III PLC  
9401 Courthouse Rd #204  
Chesterfield, VA 23832-0000  
(16462124)  
(cr)

**The Bureaus Inc**  
650 Dundee Road  
Northbrook, IL 60062-0000  
(16462126)  
(cr)

**The Bureaus Inc**  
Attn: Bankruptcy  
650 Dundee Rd, Ste 370  
Northbrook, IL 60062-0000  
(16462125)  
(cr)

**TransUnion**  
P.O. Box 2000  
Chester, PA 19022-0000  
(16462076)  
(cr)

| | |
|---|---|
| **TransUnion**<br>P.O. Box 2000<br>Chester, PA 19022-0000 | (16462071)<br>(cr) |
| **U.S. Attorney**<br>919 East Main Street<br>Suite 1900<br>Richmond, VA 23219 | (16462940)<br>(cr) |
| **Verizon**<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | (16511968)<br>(cr) |
| **VIRGINIA DEPARTMENT OF TAX**<br>P O BOX 2156<br>RICHMOND, VA 23218-2156 | (16462079)<br>(cr) |
| **Weimark Credit Information**<br>PO Box 994<br>Brick, NJ 08723-0000 | (16462077)<br>(cr) |
| **William Barnes**<br>11406 Park Branch Ln<br>Chesterfield, VA 23838 | (16472067)<br>(cr) |