**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

In re:  RYAN MIDDLETON, and                    Case No. 24-32525
       KRISTEN MIDDLETON,                         Chapter 7
       Debtors.

## THIRD ORDER HOLDING DEBTORS
## IN CONTEMPT AND IMPOSING SANCTIONS

On November 27, 2024, the Court entered its *Order Holding Debtors in Contempt and Imposing Sanctions* [ECF No. 75] (the "First Contempt Order"), finding Ryan and Kristen Middleton (the "Debtors") in contempt of Court and sanctioning each Debtor in the amount of $500 based upon their continued failure to appear at hearings conducted in the above-captioned bankruptcy case (this "Bankruptcy Case"). The Contempt Order further provided that "the Court will assess additional sanctions upon the Debtors . . . if the Debtors fail to appear at any future hearing in this Bankruptcy Case without prior Court approval."

On December 18, 2024, the Court conducted a further hearing in this Bankruptcy Case. The Debtors failed to appear at the December 18, 2024, hearing. The Debtors had not requested nor received prior court approval excusing their attendance at the December 18, 2024, hearing. Accordingly, on December 20, 2024, the Court entered its *Second Order Holding Debtors in Contempt and Imposing Sanctions* [ECF No. 90] (the "Second Contempt Order"), finding the Debtors in contempt of Court and sanctioning each Debtor in the amount of $1,000 based upon their continued failure to appear at Court hearings. The Second Contempt Order provided that "the Court will assess additional sanctions upon the Debtors . . . if the Debtors fail to appear at any future hearing in this Bankruptcy Case without prior Court approval."

On August 21, 2025, the Court conducted additional hearings in this Bankruptcy Case Once again, the Debtors failed to appear at the hearings. The Debtors did not request nor receive

prior court approval excusing their attendance. Furthermore, as of the date of this Order, neither Debtor has made any payment toward the sanctions assessed in either the First Contempt Order or the Second Contempt Order. Accordingly, it is

**ORDERED** that Ryan and Kristen Middleton are held in contempt of court; and it is further

**ORDERED** that Ryan Middleton is hereby sanctioned in the amount of $1,000.00 for his failure to appear at the August 21, 2025, hearing in this Bankruptcy Case, with payment due to the Clerk of Court within fourteen (14) days of the date of entry of this Order; and it is further

**ORDERED** that Kristen Middleton is hereby sanctioned in the amount of $1,000.00 for her failure to appear at the August 21, 2025, hearing in this Bankruptcy Case, with payment due to the Clerk of Court within fourteen (14) days of the date of entry of this Order; and it is further

**ORDERED** that the sanctions assessed herein are in addition to the sanctions previously assessed in the First Contempt Order and the Second Contempt Order; and it is further

**ORDERED** that the Court will assess additional sanctions upon the Debtors, including but not limited to the issuance of arrest warrants pursuant to Rule 2005 of the Federal Rules of Bankruptcy Procedure and/or referring this matter for criminal contempt proceedings before the United States District Court, if the Debtors fail to appear at any future hearing in this Bankruptcy Case without prior Court approval.

Dated:   August 22, 2025                              /s/ Kevin R. Huennekens
                                                      United States Bankruptcy Judge

                                      Entered on Docket:  August 22, 2025

**Copies to:**

**Ryan Middleton**
13321 Coverly Road
Amelia Court House, VA 23002

**Kristen Middleton**
13321 Coverly Road
Amelia Court House, VA 23002

**William Anthony Broscious**
P.O. Box 71180
Henrico, VA 23255

**Nicholas S. Herron**
Office of the U.S. Trustee
200 Granby Street, Room 625
Norfolk, VA 23510